UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-01872 |
| | ) | |
| CHARLES BROWN, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. DOYLE |

## NOTICE

### See Attached Service List for Parties and Method of Service.

Please take notice of the attached Chapter 13 Plan dated May 6, 2019, docket #34.

Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provisions of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on May 29, 2019.

/s/ Christine H. Clar
Christine H. Clar, ARDC #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il 60090
847/ 520-8100

## Service List

**The following parties have been served via electronic mail:**

US Trustee, USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: ecf@tvch13.net

**The following parties have been served via regular US Mail:**

IRS, P.O. Box 7346, Philadelphia, PA  19101

D. Patrick Mullarkey, Tax Division (DOJ), P.O. Box 55, Ben Franklin Station, Washington DC 20044

United States Attorney, Civil Process Clerk, 219 S. Dearborn St., Rm. 500, Chicago, IL  60604